AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

US ex rel. JOHNSON et al

*Plaintiff(s)*

v.

CHROMOLOGIC LLC

*Defendant(s)*

Civil Action No. 1:21-cv-02184-RJL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CHROMOLOGIC LLC
1225 S Shamrock Avenue, Monrovia, California 91016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy J. McInnis, Esq.
McInnis Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
212-292-4573
tmcinnis@mcinnis-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/15/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-02184-RJL

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Chromologic LLC was received by me on *(date)* 05/13/2024.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chromologic LLC C/O Teresa Nguyen, who is designated by law to accept service of process on behalf of *(name of organization)* Chromologic LLC on *(date)* Wed, May 15 2024 ; or

☐ I returned the summons unexecuted because: ____________; or

☒ Other: ____________; or Additional Documents Served: Complaint and Demand For Jury Trial, The United States of America's Notice of Election to Decline Intervention, Order,

My fees are $ $120 for travel and $ 0 for services, for a total of $120 .

I declare under penalty of perjury that this information is true.

Date: 05/15/2024

[signature]

*Server's signature*

Scott McQuilkin LA CO 2019133445

*Printed name and title*

California Process Servers
25350 Magic Mountain Pkwy, Suite 300
Valencia, CA 91355
(818) 699-5993

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 15, 2024, 2:16 pm PDT at 1225 S. Shamrock Avenue, Monrovia, CA 91016 received by Chromologic LLC C/O Teresa Nguyen . Age: 50's ; Ethnicity: Asian American; Gender: Female; Weight: 120 lbs; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Vice President ;
Upon arrival at # 1225: Ringing at the callbox: An associate opens the door: The VP walks towards me: Business Served...