AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| US ex rel. JOHNSON et al<br>*Plaintiff(s)*<br>v.<br>CHROMOLOGIC LLC<br>*Defendant(s)* | ) | Civil Action No. 1:21-cv-02184-RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Naresh Menon
c/o CHROMOLOGIC LLC
1225 S Shamrock Avenue, Monrovia, California 91016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy J. McInnis, Esq.
McInnis Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
212-292-4573
tmcinnis@mcinnis-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/15/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-02184-RJL

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Naresh Menon was received by me on *(date)* 05/13/2024.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Naresh Menon C/O Teresa Nguyen , who is designated by law to accept service of process on behalf of *(name of organization)* Naresh Menon on *(date)* Thu, May 16 2024 ; or

☐ I returned the summons unexecuted because: ____________________; or

☒ Other: ____________________; or Additional Documents Served: Complaint and Demand For Jury Trial, The United States of America's Notice of Election to Decline Intervention, Order,

My fees are $ $85 for travel and $ 0 for services, for a total of $ $85 .

I declare under penalty of perjury that this information is true.

Date: 05/17/2024

[signature]

*Server's signature*

Scott McQuilkin - Los Angeles #2019133445

*Printed name and title*

California Process Servers
25350 Magic Mountain Pkwy, Suite 300
Valencia, CA 91355
(818) 699-5993

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: May 13, 2024, 4:58 pm PDT at 1225 S. Shamrock Avenue, Monrovia, CA 91016
Per the VP: The subject is currently not on site today...

2) Unsuccessful Attempt: May 15, 2024, 2:16 pm PDT at 1225 S. Shamrock Avenue, Monrovia, CA 91016
Per the VP: The subject is not site today...

3) Successful Attempt: May 16, 2024, 12:46 pm PDT at 1225 S. Shamrock Avenue, Monrovia, CA 91016 received by Naresh Menon C/O Teresa Nguyen . Age: 50's ; Ethnicity: Asian American; Gender: Female; Weight: 120 lbs; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Vice President ;
Upon arrival at # 1225 S. Shamrock Avenue: Rang the doorbell: The VP opens the door: Substitute served...