UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-6749-PA (JPRx) | Date | August 14, 2024 |
| Title | Donald Johnson et al. v. Chromologic LLC et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On August 5, 2021, plaintiffs Donald Johnson and Haedeuk Yae (collectively "Plaintiffs") brought this action against defendants Chromologic, LLC and Naresh Menon (collectively "Defendants") in the U.S. District Court for the District of Columbia. On July 26, 2024, the District of Columbia court transferred the case to this Court. (Docket No. 28.) The District of Columbia court denied Defendants' pending motions to dismiss (Docket Nos. 24, 25, 26) without prejudice and granted Defendants leave to refile their motion(s) within 14 days of this action being docketed with this Court. (Id.)

This action was docketed with this Court on August 13, 2024. (Docket No. 29.) Accordingly, Defendants shall refile any motion to dismiss no later than **August 27, 2024**. The Court sets a hearing date for **Monday, September 30, 2024, at 1:30 p.m.** Plaintiffs' opposition, if any, and Defendants' reply, if any, shall be filed in accordance with Local Rule 7.

Counsel should take note of the changes to the Local Rules affecting motion practice in the Central District of California. Among other things, Local Rule 7-3 requires counsel to engage in a pre-filing conference "to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Counsel should discuss the issues sufficiently that if a motion is still necessary, the briefing may be directed to those substantive issues requiring resolution by the Court. Counsel should resolve minor procedural or other nonsubstantive matters during the conference.

Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages. Replies shall not exceed 12 pages. Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations. Typeface shall comply with Local Rule 11-3.1.1. NOTE: If Times Roman font is used, the size must be no less than 14; if Courier is used, the size must be no less than 12. Footnotes shall be in typeface no more than one size smaller than text size and shall be used sparingly. Filings which do not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-6749-PA (JPRx) | Date | August 14, 2024 |
| Title | Donald Johnson et al. v. Chromologic LLC et al. | | |

conform to the Local Rules and this Order will not be considered.

Each party filing or opposing a motion or seeking the determination of any matter shall file a Proposed Order setting forth the relief or action sought and a brief statement of the rationale for the decision with appropriate citations. The proposing party shall also submit a copy of the Proposed Order to the Court's ECF e-mail address, in WordPerfect format (X9 or earlier versions) or Microsoft Word (Word 365 or earlier versions).

IT IS SO ORDERED.