LODGED
CLERK, U.S. DISTRICT COURT
8/28/24
CENTRAL DISTRICT OF CALIFORNIA
BY: mz DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel. DONALD JOHNSON and HAEDEUCK YAE

Plaintiffs,

vs.

CHROMOLOGIC, LLC and NARESH MENON

Defendants.

CASE NO. 2:24-cv-06749 PA (JPRx) *SEALED*

**ORDER ON STIPULATION TO MODIFY COURT'S AUGUST 14, 2024 IN CHAMBERS – COURT ORDER**

# ORDER

The Court, having considered the Stipulation to Modify Court's August 14, 2024 In Chambers – Court Order (Docket No. 40), filed by Defendants, ChromoLogic, LLC and Naresh Menom, ("Defendants") and finding good cause to do so, it is hereby ORDERED that:

1. The Court's Order (Docket No. 40) is modified such that Defendants shall not be required to file a Motion to Dismiss no later than August 27, 2024;
2. Plaintiffs shall file an Amended Complaint no later than thirty (30) days after entry of this Order;
3. Defendants shall then file their responsive pleadings within 21 days of the filing of the Amended Complaint.

IT IS SO ORDERED.

August 29, 2024

Percy Anderson
United States District Judge