**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

UNITED STATES OF AMERICA ex rel. DONALD JOHNSON and HAEDEUCK YAE,

Plaintiffs,

v.

CHOMOLOGIC, LLC and NARESH MENON,

Defendants.

Case No. 2:24-cv-06749 PA (JPRx)

**ORDER DENYING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE AND CASE SCHEDULE**

Based upon the stipulation of parties, with good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

The discovery and the case schedule will be extended by ninety (90) days, accordingly:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert Designation and Reports | July 14, 2025 | October 13, 2025 |
| Rebuttal Expert and Reports | August 4, 2025 | November 3, 2025 |
| Discovery Cut-Off | September 8, 2025 | December 8, 2025 |
| Motions Cut-Off | September 15, 2025 | December 14, 2025 |

| | | |
|---|---|---|
| Last Date to Conduct Settlement Conference | September 22, 2025 | December 21, 2025 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation;<br>File Contentions of Fact & Law; Exhibit & Witness Lists;<br>File Joint Status Report Regarding Settlement;<br>File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | October 3, 2025 | To be determined pursuant to court schedule. |
| Final Pretrial Conference Deadline to File Motions in Limine Proposed Voir Dire Questions and Agreed-to Statement of Case | October 17, 2025 at 1:30 p.m. | To be determined pursuant to court schedule. |
| Hearing on Motions in Limine and Disputed Jury Instructions | November 10, 2025 at 1:30 p.m. | To be determined pursuant to court schedule. |
| Final Trial Exhibit Stipulation | November 13, 2025 | To be determined pursuant to court schedule. |
| Jury Trial | November 18, 2025, at 9:00 a.m. | To be determined pursuant to court schedule. |

**DENIED**

BY ORDER OF

UNITED STATES DISTRICT JUDGE

04/24/25

IT IS SO ORDERED.

Dated: ____________________

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE