UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-6749 PA (JPRx) | Date | September 2, 2025 |
| Title | United States of America ex rel. Donald Johnson et al. v. Chronologic LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS ORDER

On August 28, 2025, Sydney S. Forquer of Cohen Seglias counsel for Donald Johnson and Haedeuk Yae attempted to obtain admission to appear in this action pro hac vice. The pro hac vice application identified Pooja Rajaram of Kleiman/Rajaram as local counsel.

Applicants seeking to appear pro hac vice must designate local counsel. Specifically, Local Rule 83-2.1.3.4 provides:

> Every attorney seeking to appear pro hac vice must designate as Local Counsel an attorney with whom the Court and opposing counsel may eadily communicate regarding the conduct of the case and upon whom documents may be served. An attorney may be designated as Local Counsel only if he or she: (1) is a member of the Bar of this Court and (2) maintains an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business .

Local Rule 83-2.1.3.4 (emphasis added).

Section II of the Central District's form Application to Appear Pro Hac Vice includes a certification, made under penalty of perjury by the attorney seeking to appear pro hac vice, that the attorney designated as local counsel "maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business . . . ." (Docket Nos. 75 (emphasis added).) Section III of the Applications to Appear Pro Hac Vice for designation of local counsel includes a statement by the designated local counsel providing: "I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business." ( Id. (emphasis added).)

Local counsel lists her address as 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025 with a fax number at 310 306-8491. That address and the local telephone number appear to be the address and telephone number for a shared or "virtual office" contrary to the Local Rules of this Court. In support of the application Ms. Rajaram states in Section IV:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-6749 PA (JPRx) | Date | September 2, 2025 |
| Title | United States of America ex rel. Donald Johnson et al. v. Chronologic LLC, et al. | | |

> This address is a physical space. Our firm has a physical presence and conducts business from this location, including in-person depositions, witness interviews and in-person meetings. In this case, we recently held a number of in-person depositions there and have several more depositions scheduled to take place in September.

It appears that Ms. Forquer and Ms. Rajaram may have violated the Local Rule and their duties of candor by attempting to obtain pro hac vice admission by designating "local counsel" who does not maintain an office for the practice of law at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025.

To assist the Court in evaluating the pro hac vice application, the Court orders Sydney Forquer and Pooja Rajaram to file with the Court declarations under penalty of perjury. Ms. Rajaram's declaration shall include: (1) other than being present for depositions how many hours per week she physically spends in the Los Angeles office at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025; (2) how many employees of the firm, including attorneys, are physically present in the office at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025; (3) how long the firm has maintained an office for the practice of law at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025; (4) if any other businesses are associated with the address at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025, and if there are any, the relationship between those businesses and her firm; and (5) when she first took up residency at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025; (6) the name of the city in which she has her permanent residence; (7) copies of any letterhead, business cards, promotional materials, or website information with the 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025 address, and the date on which those materials were first created; (8) the approximate value of office equipment and furnishings, including but not limited to, computers, telephones, telephone switches, printers, and office furnishings located at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California 90025; and (9) a list of any other cases (including the title of the case and case number) filed in United States District Court in the Central District of California in which Ms. Rajaram was designated as local counsel on behalf of out of state lawyers. The declaration of Ms. Forquer shall include the basis upon which she declared under penalty of perjury that Ms. Rajaram "maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4."

The declarations are to be filed with the Court no later than September 9, 2025. The failure to respond to this Order will result in the denial of the pro hac vice application.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer kss