UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-6749 PA (JPRx) | Date | September 15, 2025 |
| Title | United States of America ex rel. Donald Johnson et al. v. Chronologic LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS ORDER

The Court has before it an Application of non-resident attorney Sydney Smith Forquer to Appear on behalf of Plaintiffs Donald Johnson and Haefeuk Yae. The application was submitted on August 27, 2025. Docket No. 75. The application identified Pooja Rajaram of Kleinman/Rajaram as local counsel. An identical application was submitted on the same day. Docket No. 73. The application was denied on the same day because local counsel listed her address as 12121 Wilshire Boulevard, Suite 810, Los Angeles California 90025. Docket No. 74. That address appeared the address of a shared or "virtual office" contrary to the Local Rules of this Court. In support of the present application Ms. Rajaram stated:

> This address is a physical space. Our firm has a physical presence and conducts business from this location, including in-person depositions, witness interviews and in-person meetings. In this case, we recently held a number of in-person depositions there and have several more depositions scheduled to tak place in September.

Because it appeared to the Court that Ms. Forquer and Ms. Rajaram may have violated the Local Rules of this Court and their duties of candor by attempting to obtain pro hac vice admission by designating local counsel who does not maintain an office for the practice of law at 12121 Wilshire Boulevard, Suite 810, Los Angeles, California, on September 2, this court issued an order requiring Sydney Forquer and Pooja Rajaram to file with the Court declarations under penalty of perjury to assist the Court in evaluating application. Docket No. 76. The declarations were to be filed on September 9. The order warned both Ms. Forquer and Ms. Rajaram that the failure to respond to the order would result in the denial of the pro hac vice application. To date neither Ms. Forquer nor Ms. Rajaram have responded.

Nothing about local counsel's firm having a physical presence where it conducts business, including in-person depositions, witness interviews and in-person meetings satisfies Local Rule 83-2.1.3.4's requirement that local counsel "maintain" an office within the district where "the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom documents may be served." In addition to facilitating communication and possible emergency appearances, some of the other purposes of Local Rule 83-2.1.3.4 include ensuring that each party is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-6749 PA (JPRx) | Date | September 15, 2025 |
| Title | United States of America ex rel. Donald Johnson et al. v. Chronologic LLC, et al. | | |

represented by an attorney who has ties to the District and knowledge of its rules. This type of ongoing commitment to the Court that local counsel are supposed to provide fosters professionalism by making sure that each party is represented by an attorney who has placed his or her reputation at issue by vouching for the pro hac vice applicant. Someone who circumvents the Local Rules by obtaining a virtual office to act as local counsel does not further these important purposes. Neither does Ms. Forquer or Ms. Rajaram failure to respond to a Court order or their professed failure to understand these concepts is plausible nor the result of mere inadvertence.

Accordingly, Ms. Forquer's pro hac vice application is denied.

IT IS SO ORDERED.

: 8

Initials of Preparer kss