McINNIS LAW
Timothy J. McInnis [7151]
*(pro hac vice)*
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel:(212) 292-4573
Fax: (212) 292-4574
Email: tmcinnis@mcinnis-law.com

Mark Allen Kleiman [115919]
Pooja Rajaram [241777]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mark@krlaw.us
Email: pooja@krlaw.us

Attorneys for Plaintiffs
DONALD JOHNSON and
HAEDEUK YAE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DONALD JOHNSON and HAEDEUK YAE,<br><br>Plaintiffs,<br><br>v.<br><br>CHROMOLOGIC LLC and NARESH MENON,<br><br>Defendants. | Case No.: 2:24-cv-06749-PA (JPRx)<br><br>JOINT STATUS REPORT REGARDING SETTLEMENT<br><br>Trial Date:<br>November 18, 2025 at 9:00 a.m.<br><br>Final Pretrial Conference:<br>October 17, 2025 at 1:30 p.m. |

Counsel for the Relators, Donald Johnson and Sam S. Leslie, Chapter 7 Trustee for Haedeuk (Robert) Yae, who bring this action in the name of the United States of America and counsel for the Defendants, Chromologic, LLC and Naresh Menon, hereby offer the following Joint Status Report Regarding Settlement:

1. On September 19, 2025 the Parties participated in a Zoom based remote mediation session with Judge (Ret.) Edward Infante. Counsel for the Relators, Timothy J. McInnis and Pooja Rajaram were present, as were Relators Donald Johnson and Haedeuk (Robert) Yae. Counsel for Defendants, Charles Sims and Enaita Chopra were also present, as was Defendant Naresh Menon.

2. This mediation session lasted for just about 3 hours. It ended originally with an agreement to supplement mediation materials but positions changed. A second session Zoom session was held in front of the same mediator and with the same individuals present, on September 23, 2025 for about two hours; no resolution was reached. From September 23 to October 2, 2022, the attorneys for both sides actively engaged with each other through the assistance of the mediator, but no resolution was reached.

3. To date, no resolution has been reached by the Parties. One side has indicated that no further efforts are likely to be fruitful and for now, at least, settlement efforts have ended.

Dated; October 3, 2025 By: *s/ Michael I. Kessler*

MICHAEL I. KESSLER
O'Hagan Meyer, PLLC
21650 Oxnard Street, Suite 530
Woodland Hills, CA 91367
213-306-1610
Fax: 213-306-1615
Mkessler@ohaganmeyer.com

Charles M. Sims
O'Hagan Meyer, PLLC
411 E. Franklin Street Ste 500
Richmond, VA 23219
Direct: 804-403-7100
csims@ohaganmeyer.com

Attorneys for Defendants
CHROMOLOGIC LLC and
NARESH MENON

Dated: October 3, 2025 By: *<u>/s/ Pooja Rajaram</u>*

Mark A. Kleiman
Pooja Rajaram
Kleiman Rajaram
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
310-392-5455
Fax: 310-306-8491
Mark@krlaw.us
Pooja@krlaw.us

Dated: October 3, 2025 By: */s/ Timothy J. McInnis*

Timothy J. McInnis
McInnis Law
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4573
Facsimile: (212) 292-4574
tmcinnis@mcinnis-law.com

Julie A. Grohovsky
Cohen Seglias Pallas Greenhall
& Furman PC
900 Seventh Street, NW
Suite 725
Washington, D.C. 20001
Telephone: (202) 466-4110
Facsimile: (202) 466-2693
jgrohovsky@cohenseglias.com

Attorneys for Plaintiffs,
DONALD JOHNSON and
HAEDEUK YAE

**Local Rule 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the below e-filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2025

By: */s/ Pooja Rajaram*

Mark A. Kleiman
Pooja Rajaram
Kleiman Rajaram
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025
310-392-5455
Fax: 310-306-8491
Mark@krlaw.us
Pooja@krlaw.us

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3,2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated: October 3, 2025

*/s/ Pooja Rajaram*

Pooja Rajaram