JS-6

Pooja Rajaram [241777]
Mark Allen Kleiman [115919]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: pooja@krlaw.us
Email: mark@krlaw.us

Timothy J. McInnis [7151]
(*pro hac vice granted*)
McINNIS LAW
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:(212) 292-4573
Facsimile: (718) 732-2304
Email: tmcinnis@mcinnis-law.com

Attorneys for Plaintiff
NOELLE JOHNSON, AS SUCCESSOR TO
THE ESTATE OF DONALD JOHNSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. NOELLE JOHNSON, AS SUCCESSOR TO THE ESTATE OF DONALD JOHNSON, and SAM S. LESLIE, CHAPTER 7 TRUSTEE OF THE ESTATE OF HAEDEUCK YAE,<br><br>               Plaintiffs,<br><br>   v.<br><br>CHROMOLOGIC LLC AND NARESH MENON,<br><br>               Defendants. | Case No.  2:24-cv-06749 PA (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Upon consideration of the Joint Stipulation of Dismissal filed by Plaintiffs-Relators Noelle Johnson, the Representative of the Estate of Donald Johnson and Sam S. Leslie, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Haedeuk Yae (jointly, "Relators"), and Defendants Chromologic LLC and Naresh Menon, it is hereby:

ORDERED that this action is dismissed in its entirety pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(l) of the False Claims Act. Pursuant to and consistent with the terms of the Settlement Agreement among the parties, effective March 10, 2026, (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to Relators, with prejudice as to the United States for the following Government Dismissed Conduct:

Defendants knowingly made and used, or caused to be made and used, false or fraudulent timesheets that were used to support invoices that Defendants submitted, or caused to be submitted, for payment by or approval of the United States for payment in connection with ChromoLogic' s performance of the Government Projects listed in Exhibit 1.

The dismissal of this Civil Action is without prejudice to the United States for the Covered Conduct as defined in the Settlement Agreement that is not expressly set forth herein.

IT IS SO ORDERED.

Dated:  June 16, 2026

_____
PERCY ANDERSON
United States District Judge

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL